**Electronically Filed
Supreme Court
SCWC-20-0000327
18-FEB-2025
01:14 PM
Dkt. 19 ODAC**

SCWC-20-0000327

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RSM, INC.,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM MIDDLETON and TATIANA MIDDLETON,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000327; CASE NO. 3RC171000320)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners/Defendants-Appellants William Middleton and

Tatiana Middleton's Application for Writ of Certiorari, filed on

December 24, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd. W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

